# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Roger Lee Ciuffo  
              Debtor(s)

BK NO. 21-02532 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

                      Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
02 Dec 2021, 15:21:05, EST

                      KML Law Group, P.C.  
                      BNY Mellon Independence Center  
                      701 Market Street, Suite 5000  
                      Philadelphia, PA  19106  
                      215-627-1322