UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| **Ciuffo, Roger Lee,** | ) | Case No. 21-02532 |
| Debtor. | ) | |
| | ) | **Bankruptcy Chapter 13** |
| | ) | |
| | ) | |

Massachusetts Educational Financing Authority
CREDITOR REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that MASSACHUSETTS EDUCATIONAL FINANCING AUTHORITY (MEFA) a creditor in the above captioned case, requests pursuant to Bankruptcy Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served in the case be given to and served, whether electronically or otherwise at the following address:

    Massachusetts Educational Financing Authority
    c/o Melissa Donohoe Dixon, Esq.
    Donohoe Law, P.C.
    PO Box 702
    Marshfield, MA 02050
    781-934-9960
    melissa@donohoelawpc.com

Dated December 20, 2021    MASSACHUSETTS EDUCATIONAL
FINANCING AUTHORITY
By its attorney,

/s/ Melissa Donohoe Dixon

Melissa Donohoe Dixon, Esq.
Donohoe Law, P.C.
PO Box 702
Marshfield, MA 02050
781-934-9960
Mass BBO # 641597
melissa@donohoelawpc.com

## Certificate of Service

    The undersigned member of the Bar of the Commonwealth of Massachusetts certifies that a copy of the foregoing document was served by first class mail or by electronic mail as shown on Schedule A on December 20, 2021.

/s/ Melissa Donohoe Dixon

Melissa Donohoe Dixon

## Schedule A

Attached hereto

Case No. 21-02532

**Schedule A**

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
717 221-4515
717 221-4554 (fax)
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717-566-6097
info@pamd13trustee.com

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331
717-632-4656
717-632-3612 (fax)
ngp@mooney4law.com

Capital One Auto Finance, a division of Capital One, N.A.,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106
215-627-1322
bkgroup@kmllawgroup.com