IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roger Lee Ciuffo<br>                                  Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc**<br>                                  Movant<br>                 vs.<br><br>**Roger Lee Ciuffo**<br>                                  Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                                  Trustee | BK NO. 21-02532 HWV<br><br>Chapter 13<br><br>Related to Claim No. |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 5, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Roger Lee Ciuffo
103 Clayton Avenue
Waynesboro, PA 17268

<u>Attorney for Debtor(s)</u>
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>January 5, 2022</u>

                                                **/s/Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                215-825-6327
                                                rsolarz@kmllawgroup.com