Certificate Number: 16339-PAM-DE-036250527

Bankruptcy Case Number: 21-02532


16339-PAM-DE-036250527

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2022, at 11:01 o'clock AM EST, Roger Ciuffo completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 9, 2022            By: /s/Kelley Tipton

                                                               Name: Kelley Tipton

                                                               Title: Certified Financial Counselor