In re:  Case No. 21-02532-HWV
Roger Lee Ciuffo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 07, 2022     Form ID: ntcnfhrg     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger Lee Ciuffo, 103 Clayton Avenue, Waynesboro, PA 17268-1616 |
| 5448342 | + | AES/MEFA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5448343 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5448350 | + | Franklin County Tax Bureau, 443 Stanley Avenue, Chambersburg, PA 17201-3628 |
| 5448352 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5448355 | + | PNC Bank National Association, 4242 Carlisle Pike, Camp Hill, PA 17011-4158 |
| 5448356 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5448362 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: girddb@aessuccess.org | Jan 07 2022 18:38:00 | MEFA, Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050, UNITED STATES |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2022 18:40:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 07 2022 18:40:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5451648 | | Email/Text: girddb@aessuccess.org | Jan 07 2022 18:38:00 | MEFA, c/o Melissa Donohoe Dixon, Esq., Donohoe Law, P.C., PO Box 702, Marshfield, MA 02050 |
| 5448343 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 18:40:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5448346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 18:39:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5448347 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 07 2022 18:40:02 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5449163 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2022 18:39:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5452202 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2022 18:39:49 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5448348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 18:50:11 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 5448349 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2022 18:38:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 5448351 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2022 18:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5448353 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2022 18:39:55 | OneMain Financial, Attn: Bankruptcy, Po Box |

| Recipient | Method | Date | Address |
|---|---|---|---|
| | | | 3251, Evansville, IN 47731-3251 |
| 5448344 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2022 18:38:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 5448345 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2022 18:38:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 5448354 | + Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:40:01 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5448357 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 07 2022 18:38:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5448358 | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:39:49 | Sychrony/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5448568 | + Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:39:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5448359 | + Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:39:49 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5448360 | + Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:39:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5448361 | + Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 18:39:49 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Roger Lee Ciuffo ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Roger Lee Ciuffo, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−02532−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 2, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 9, 2022 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2022 |

ntcnfhrg (08/21)