# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roger Lee Ciuffo<br>　　　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc<br>　　　　　　　　　　　Movant<br>vs.<br><br>Roger Lee Ciuffo<br>　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　Trustee | BK NO. 21-02532 HWV<br><br>Chapter 13<br><br>Related to Claim No. |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 10, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Roger Lee Ciuffo
103 Clayton Avenue
Waynesboro, PA 17268

Attorney for Debtor(s)
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: January 10, 2022

　　　　　　　　　　　　　　　　　　　/s/Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com